IT IS HEREBY ORDERED THAT THE CONTENTS OF THIS ENVELOPE ARE SEALED AND SHALL REMAIN SEALED UNTIL FURTHER ORDER OF THE COURT.

11/28/05
DATE

S05-198
USAO SEALING NO.

1:05M144A