IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT, AFFIDAVIT, AND ARREST WARRANT | ) ) ) ) | 1:05M144A |

**MOTION TO SEAL**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Luis M. Matos, Assistant United States Attorney, and moves that the attached Complaint, Affidavit, Arrest Warrant in the above-listed matter be sealed until further Order from this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney

SO ORDERED:

THE HONORABLE LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

DATE: 11/28/05

3/3