**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

IN MATTER OF: )
)
SEARCH WARRANT AND COMPLAINT ) MISC. NO. 1:05M-144A
JAMES BARSOUM )

**MOTION TO UNSEAL ARREST**
**WARRANT AND CRIMINAL COMPLAINT**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Luis M. Matos, Assistant United States Attorney, and hereby moves this court to unseal the arrest warrant and criminal complaint against defendant, James Barsoum. As grounds for the motion, the government states that defendant has been arrested and it is no longer necessary to maintain the seal.

Respectfully submitted,
ROBERT CLARK CORRENTE
United States Attorney

By: Luis M. Matos
Assistant U.S. Attorney

Granted: ____________________
Lincoln D. Almond
United States Magistrate Judge