10956682

RECEIVED
NOV 2 8 2005
US MARSHALS
RHODE ISLAND

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JAMES BARSOUM

## WARRANT FOR ARREST

CASE NUMBER: 1:05M144A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAMES BARSOUM
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
causing the misbranding of a drug; the fraudulent receipt of the prescription drug Oxycodone, a schedule II controlled substance; and the drfrauding of a health care benefit program

in violation of Title 21 United States Code, Section(s) 331(k), 843 and 18 USC Section 1347

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

11/28/05 PROVIDENCE, RI
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Oakland, New Jersey by U.S. Customs | | |
| DATE RECEIVED 11/28/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 11/29/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.