AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

James Barroum

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:05M144A

I, James Barroum, charged in a (complaint) (petition) pending in this District with Fraud in violation of Title 21, U.S.C., 331(k), 843 + 18 USC 1347 and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
Defendant

12/30/05
Date

John M Cullen
Counsel for Defendant